```
PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANTE ANTOINE JOHNSON,<br><br>Defendant. | CASE NO. 2:20-CR-00030-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 29, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on July 29, 2021.

2. By this stipulation, defendant now moves to continue the status conference until September 23, 2021, at 9:30 a.m., and to exclude time between July 29, 2021, and September 23, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents, criminal history documents, and other paper documents totaling approximately 60 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   In light of this discovery, and based on counsel's own investigation concerning the defendant's circumstances, counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to those charges, to obtain additional records related to this matter, to review and copy discovery for this matter, to inspect physical evidence seized and/or otherwise available concerning this matter, to discuss potential resolutions with his client, to consider and/or prepare pretrial motions, and to otherwise prepare for trial.

c)   Moreover, in addition to the general public-health concerns presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel have been encouraged to telework and minimize personal contact to the greatest extent possible, and—consistent with that public-health guidance—it will be difficult for defense counsel to fully investigate the facts of this case in advance of the currently scheduled hearing.

d)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)   The government does not object to the continuance.

f)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2021 to September 23, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

///

must commence.

    IT IS SO STIPULATED.

Dated:  July 21, 2021                            PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                  /s/ ALSTYN BENNETT
                                                  ALSTYN BENNETT
                                                  Assistant United States Attorney

Dated:  July 21, 2021                            /s/ TIMOTHY ZINDEL
                                                  TIMOTHY ZINDEL
                                                  Counsel for Defendant
                                                  DIANTE ANTOINE JOHNSON

## FINDINGS AND ORDER

    IT IS SO FOUND AND ORDERED this 22nd of July, 2021.

                                                  Troy L. Nunley
                                                  United States District Judge