TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
DIANTE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-0030 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| DIANTE JOHNSON, | ) |
| Defendant. | ) Judge:  Hon. Troy L. Nunley |
|  | ) Date:   December 9, 2021 |
|  | ) Time:   9:30 a.m. |

Plaintiff, United States of America, and defendant, Diante Johnson, hereby stipulate that the status conference scheduled for December 9, 2021, may be continued to January 27, 2022, at 9:30 a.m.

Defense counsel seeks additional time to complete a review of records and to conduct investigation.  The parties therefore agree, and request, that the Court should exclude time under the Speedy Trial Act from the date of this order through January 27, 2022, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The parties agree that the period of delay results from a continuance granted at the request of the defense and that the ends of justice

served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully Submitted,

Dated:  December 2, 2021                */s/ Tim Zindel*
                                        TIMOTHY ZINDEL
                                        Attorney for DIANTE JOHNSON


                                        PHILIP A. TALBERT
                                        Acting United States Attorney

Dated:  December 2, 2021                */s/ T. Zindel for A Bennett*
                                        ALSTYN BENNETT
                                        Assistant U.S. Attorney

## **O R D E R**

     The status conference is hereby continued to January 27, 2022, at 9:30 a.m.  Time is excluded through that date for the reasons and on the basis set forth above.

     IT IS SO ORDERED.

DATED:  December 3, 2021

                                        Troy L. Nunley
                                        United States District Judge