1

2
TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
3
Tel: (916) 704-2665
timzindel@gmail.com
4

5

6
Attorney for Defendant
DIANTE JOHNSON

7

8

9
IN THE UNITED STATES DISTRICT COURT

10
FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12
UNITED STATES OF AMERICA,           )   Case No. 2:20-cr-00030-TLN
                                    )
      Plaintiff,                    )
13                                  )
                                    )   **STIPULATION AND ORDER**
      vs.                           )   **CONTINUING STATUS CONFERENCE**
14                                  )   **AND EXCLUDING TIME**
                                    )
DIANTE JOHNSON,                     )
15                                  )
      Defendant.                    )   Judge:   Hon. Troy L. Nunley
16                                  )   Date:    February 24, 2022
                                    )   Time:    9:30 a.m.
17 _____   )

18

19

20
       Plaintiff, United States of America, and defendant, Diante Johnson, hereby stipulate that

21
the status conference scheduled for February 24, 2022, be continued to March 31, 2022, at 9:30

a.m.
22

23
       Defense counsel requires additional time to complete his investigation, and to meet and

24
confer with his client. The government does not object to a continuance. Accordingly, the parties

25
agree, and request, that the Court exclude time under the Speedy Trial Act from the date of this

26
order through March 31, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code

27
T4).  The parties agree that the period of delay results from a continuance granted at the request

28

-1-

of the defense and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

Dated:  February 16, 2022                     /s/ Tim Zindel
                                              TIMOTHY ZINDEL
                                              Attorney for DIANTE JOHNSON


                                              PHILIP A. TALBERT
                                              Acting United States Attorney


Dated:  February 16, 2022                     /s/ T. Zindel for A Bennett
                                              ALSTYN BENNETT
                                              Assistant U.S. Attorney

**O R D E R**

The status conference is hereby **CONTINUED** to **March 31, 2022, at 9:30 a.m**.  Time is excluded through that date for the reasons and on the bases set forth above.

IT IS SO ORDERED.

Dated:  February 27, 2022

_____
Troy L. Nunley
United States District Judge